UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

TERRY L. CALLENDRET,

                    Plaintiff,

        v.

ALVAREZ, et al.,

                    Defendants.

CASE NO. C13-5361 BHS

ORDER ADOPTING REPORT
AND RECOMMENDATION

        This matter comes before the Court on the Report and Recommendation ("R&R")

of the Honorable Karen L. Strombom, United States Magistrate Judge (Dkt. 9), and

Plaintiff Terry L. Callendret's ("Callendret") objections to the R&R (Dkt. 11).

        On June 21, 2013, Judge Strombom issued the R&R recommending that the Court

deny Callendret's motion to proceed *in forma pauperis* and dismiss his complaint without

prejudice because it is a civil rights complaint that requests habeas corpus relief.  Dkt. 9.

On June 28, 2013, Callendret filed objections that, upon review, confirm Judge

Strombom's conclusion that Callendret seeks habeas relief from an administrative

infraction and increase in his sentence of imprisonment.  Dkt. 11.  Therefore, the Court

1    having considered the R&R, Callendret's objections, and the remaining record, does

2    hereby find and order as follows:

3         (1)      The R&R is **ADOPTED**;

4         (2)      Callendret's complaint is **DISMISSED without prejudice**;

5         (3)      Callendret's motion to proceed *in forma pauperis* is **DENIED**; and

6         (4)      the Clerk shall remove the pending motions and close this case.

7         Dated this 19th day of August, 2013.

8

9

10                                  BENJAMIN H. SETTLE
                                    United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

ORDER - 2